# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RODRIGUEZ, | )    1:08-cv-00847-LJO-JMD-HC |
|         Petitioner, | ) <br> )    ORDER GRANTING PETITIONER'S <br> )    REQUEST TO PROCEED IN FORMA <br> )    PAUPERIS ON APPEAL |
|    v. | ) |
| JAMES HARTLEY, | ) |
|         Respondent. | ) |

Petitioner Joe Rodriguez ("Petitioner") is a state prisoner proceeding *pro se* with an appeal of the denial, by the United States District Court, of his petition for writ of habeas corpus to the Ninth Circuit Court of Appeals.

On December 11, 2009, Petitioner filed an application to proceed in forma pauperis on appeal. (Doc. 20). Examination of the documents appended to Petitioner's application reveals that Petitioner is unable to afford the costs of the appeal. *See* Rule 24(a)(1), Federal Rules of Appellate Procedure; 28 U.S.C. § 1915.

Accordingly, Petitioner's application to proceed in forma pauperis on appeal is GRANTED.

IT IS SO ORDERED.

**Dated:**    __December 14, 2009__      ___/s/ John M. Dixon___
                                      UNITED STATES MAGISTRATE JUDGE